UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHEILA JONES,

                Plaintiff,

v.                                                                    <u>ORDER</u>

SYSTEMS & SERVICES TECHNOLOGIES,      19-cv-06045 (PMH)
INC.

                Defendants.
------------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      This matter has recently been reassigned to me. As there has been no activity on this docket since November 6, 2019, the parties are directed to submit a joint letter to the Court via ECF concerning the status of this action by April 27, 2020.

Dated: New York, New York          **SO ORDERED:**
       April 13, 2020

                                                             Philip M. Halpern
                                                            United States District Judge