UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
SHEILA JONES,

                       Plaintiff,

v.                                          ORDER

SYSTEMS & SERVICES TECHNOLOGIES,    19-cv-06045 (PMH)
INC.

                      Defendants.
-------------------------------------------------------

PHILIP M. HALPERN, United States District Judge:

      The Court has reviewed Defendant's letter motion dated December 2, 2019 (Doc. 15 Exh. 1) requesting a pre-motion conference and Plaintiff's response (Doc. 15 Exh. 2) dated December 9, 2019, and grants the request to file a motion to dismiss and directs the following briefing schedule: defendant's motion to dismiss shall be served and filed on or before June 24, 2020; plaintiff's opposition thereto shall be served and filed on or before July 8, 2020; and defendant's reply shall be served and filed on or before July 15, 2020.

Dated:  New York, New York           **SO ORDERED:**
         April 14, 2020

                                                           Philip M. Halpern
                                                           United States District Judge