IN UNITED STATES DISTRICT COURT
FOR THE SOUITHERN DISTRCIT OF NEW YORK

| | |
|---|---|
| Sheila Jones, | Case No.: ~~7:19-cv-06045-NSR~~ |
| Plaintiff, | 19-CV-06045 (PMH) |
| vs. | |
| Trans Union, LLC., et al. | |
| Defendants. | |

## ORDER OF DISMISSAL
## WITH PREJUDICE AS TO DEFENDANT SYSTEMS AND SERVICE TECHNOLOGIES, INC

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant Systems and Service Technologies, Inc, are hereby dismissed with prejudice and without fees or costs to either party. ~~The Clerk of the Court shall terminate Defendant Systems and Service Technologies, Inc as a party in this action and remove its attorneys of record from receiving ECF Notifications.~~

Date: **May 14, 2021**
**White Plains, New York**

_____
~~Judge of United States District Court~~
**Hon. Philip M. Halpern, U.S.D.J.**

**The Clerk of the Court is respectfully directed to close this case.**